IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEFFERY SCOTT ROBERSON,    )
                           )
     Petitioner,           )
                           )        CIVIL ACTION NO.
     v.                    )          2:19cv59-MHT
                           )              (WO)
UNITED STATES OF AMERICA,  )
                           )
     Respondent.           )
```

## JUDGMENT

Upon consideration of petitioner's motion for dismissal under Rule 41 (doc. no. 14), it is ORDERED that the motion is granted pursuant to Federal Rule of Civil Procedure 41(a)(2), and this case is dismissed.

It is further ORDERED that the recommendation (doc. no. 11) is withdrawn.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of May, 2019.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**